

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| DANNY HARPOLE, JACKIE E. STEVENS, JIMMY R. CADLE & SAMMIE LEWIS | | PLAINTIFFS |
| VS. | CASE NO. 3:00CV00331 JMM<br>3:02CV00303 JMM<br>3:03CV00062 JMM[8]<br>3:04CV00006 JMM | |
| ANN M. VENEMAN, SECRETARY<br>U.S. DEPARTMENT OF AGRICULTURE | | DEFENDANT |

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this __21__ day of July, 2005.

James M. Moody
United States District Court

---

[8] Plaintiff Jimmy Cadle has settled his lawsuit which had been consolidated with Case No. 3:00CV331. A separate Judgment will be entered in his case.